# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date:  September 15, 2015 |
| Court Reporter: Janet Coppock | Time:  23 minutes |
| Probation Officer: n/a | Interpreter: n/a |

**CASE NO. 15-CR-00319-PAB**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Susan Knox |
| Plaintiff, | |
| vs. | |
| **1.  JEFFREY DINGS, and** | Clifford Barnard |
| **2.  SOPHIA MIETZ,** | Robert Pepin |
| Defendants. | |

## HEARING ON MOTION TO CONTINUE

**10:07 a.m.   COURT IN SESSION**

APPEARANCES OF COUNSEL.  Defendants are present and in custody.

**ORDERED:**  Defendant Jeffrey Dings' Motion to Disclose Grand Jury Material to Defendant [Docket No. 39], is **GRANTED**.  Grand jury transcripts shall remain in the custody of defense counsel

**Defendant Jeffrey Dings' Unopposed Motion to Vacate Trial Date [Docket No. 41]**

**Defendant Sophia Mietz's Unopposed Motion to Vacate Trial Date and Schedule Status Conference [Docket No. 37]**

Page Two
15-CR-00319-PAB
September 15, 2015

Argument by Mr. Pepin in support of the defendant's motion and comments in response to the Court's questions.

Argument by Mr. Barnard in support of the defendant's motion and comments in response to the Court's questions.

Comments by Ms. Knox indicating no objections to the defendants' motions.

Court states its findings and concludes that the ends of justice served by excluding **15 days** from the speedy trial calculations outweigh the best interest of the public and the defendants in a speedy trial. To require defendants to go to trial within the established speedy trial deadline would be unreasonable, taking into account due diligence.

Defendant Jeffrey Dings' Unopposed Motion to Vacate Trial Date [Docket No. 41], is **GRANTED in PART**.

Defendant Sophia Mietz's Unopposed Motion to Vacate Trial Date and Schedule Status Conference [Docket No. 37], is **GRANTED in PART.**

**ORDERED:** Trial scheduled for September 28, 2015 at 8:00 a.m. is **VACATED** and rescheduled to **November 9, 2015 at 8:00 a.m.** Trial preparation conference scheduled for September 24, 2015 at 2:30 p.m is **VACATED** and rescheduled to **November 5, 2015 at 11:00 a.m.**

**ORDERED:** Motions deadline is extended to **September 30, 2015.** Government's responses are due **October 9, 2015.**

**ORDERED:** Defendants are remanded to the custody of the United States Marshal.

**10:30 a.m.   COURT IN RECESS**

**Total in court time:      23 minutes**

**Hearing concluded**