IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 15-cr-00319-PAB-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     JEFFREY DINGS,

    Defendant.

___

**PRELIMINARY ORDER OF FORFEITURE**
___

This matter comes before the Court on the United States' Motion for Preliminary Order of Forfeiture [Docket No. 66]. The Court having read said Motion and being fully advised in the premises finds:

1. On November 19, 2015, the United States and defendant Jeffrey Dings entered into a Plea Agreement [Docket No. 63], which provides a factual basis and cause to issue a forfeiture order under 21 U.S.C. § 853 and Rule 32.2 of the Federal Rules of Criminal Procedure.

2. The requisite nexus exists between the $1,410.00 in United States currency and possession with the intent to distribute methamphetamine defendant Jeffrey Dings pled guilty to.

3. Prior to the disposition of the assets, the United States, or its designated sub-custodian, is required to seize the forfeited property and provide notice to any third parties pursuant to 21 U.S.C. § 853(n).

Wherefore, it is

**ORDERED** that defendant's interest in the following:

$1,410.00 in United States currency

is forfeited to the United States in accordance with 21 U.S.C. § 853.  Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.  It is further

**ORDERED** that the United States is directed to seize the property subject to forfeiture, and further to make its return as provided by law.  It is further

**ORDERED** that the United States shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n) via a government website for at least thirty consecutive days, and to make its return to this Court that such action has been completed.  It is further

**ORDERED** that, upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853 and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, in which all interests will be addressed.  It is further

**ORDERED** that the Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third-parties in ancillary proceedings.  Fed. R. Crim. P. 32.2(c)(1).  It is further

**ORDERED** that this Preliminary Order of Forfeiture may be amended pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure.

DATED December 8, 2015.

    BY THE COURT:

    <u>s/Philip A. Brimmer</u>
    PHILIP A. BRIMMER
    United States District Judge