IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 15-cr-00319-PAB-1

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. JEFFREY DINGS,

      Defendant.

---

## ORDER

---

This matter is before the Court on the United States' Motion to Dismiss Count Two of the Indictment as to Defendant Jeffrey Dings [Docket No. 77].  The Court has reviewed the pleading and is fully advised in the premises.  It is

**ORDERED** that the Motion to Dismiss Count Two of the Indictment as to Defendant Jeffrey Dings [Docket No. 77] is granted.  Count Two of the Indictment is dismissed as to defendant Jeffrey Dings only.

DATED February _19_, 2016.

BY THE COURT:

PHILIP A. BRIMMER
United States District Judge