IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 15-cr-00319-PAB

UNITED STATES OF AMERICA,

  Plaintiff,

v.

1.  JEFFREY DINGS and
2.  SOPHIA MIETZ,

  Defendants.

---

### FINAL ORDER OF FORFEITURE
---

  This matter comes before the Court on the United States' Motion for Final Order of Forfeiture [Docket No. 101].  The Court, having read the motion and being fully advised in the premises, finds:

  The United States commenced this action pursuant to 21 U.S.C. § 853, as set forth in the Indictment [Docket No. 3] returned on August 6, 2015;

  A Preliminary Order of Forfeiture for Jeffrey Dings was entered on December 8, 2015 [Docket No. 67];

  All known interested parties were provided an opportunity to respond, and publication has been effected as required by 21 U.S.C. § 853(n);

  The time for any other third party to file a petition expired on March 8, 2016;

  As of March 8, 2016, no Petition for Ancillary Hearing has been filed by any petitioner;

  It further appears there is cause to issue a forfeiture order under 21 U.S.C.

§ 853.

Therefore, it is ORDERED that:

1. Judgment of forfeiture of the $1,410.00 in United States currency shall enter in favor of the United States pursuant to 21 U.S.C. § 853, free from the claims of any other party.

2. The United States shall have full and legal title to the $1,410.00 in United States currency and may dispose of it in accordance with law.

DATED March 22, 2016.

                                                              BY THE COURT:

                                                              s/Philip A. Brimmer
                                                              PHILIP A. BRIMMER
                                                              United States District Judge